CROZIER v. GOODWIN & McCONNELL, Administrators
*pendente lite.*

COUNTY COURT. *Administrator pendente lite. Appointment of. Held,* in this case, that the County Court may appoint administrator *pendente lite,* during a contest for the administration, after appeal from its decision, there being no widow, and this in order to protection of the personal property of the deceased during this litigation.

FROM GRAINGER.

Appeal in error from the Circuit Court of Grainger county. J. G. ROSE, J.

HENDERSON & JOUROLMAN, for Crozier.

SHIELDS & SON for administrators.

FREEMAN, J., delivered the opinion of the court.

The only real question in this case is, whether the County Court can appoint an administrator *pendente lite* (there being no widow of the intestate) to hold the property during the pendency of a contest as to the appointment of an administrator.

We hold the court may do so, and such appointment was eminently proper in the case before us. Such power was exercised by the Ordinary, in England, in like cases, and may now be by the County Court, exercising like jurisdiction over questions of administration in our State. See 1 Mill. on Executors, 409.

Affirm the judgment of the Circuit Court, with costs.